DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ALAMANCE COUNTY HOSPITAL v. NEIGHBORS

No. 328PA84.

Case below: 68 N.C. App. 771.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 2 October 1984.

## AREA MENTAL HEALTH AUTHORITY v. SPEED

No. 467P84.

Case below: 69 N.C. App. 247.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

## BENNETT v. BD. OF EDUCATION

No. 494P84.

Case below: 69 N.C. App. 615.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 October 1984.

## BLACK v. BLACK

No. 459P84.

Case below: 69 N.C. App. 559.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

## BUIE v. JOHNSTON

No. 463PA84.

Case below: 69 N.C. App. 463.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 2 October 1984.